Kirk E. GREGORY, Plaintiff–
Appellant,

v.

William Matthew BYRNE, Jr.,
Defendant–Appellee.

No. 00–55861.

D.C. No. CV–99–07955.

United States Court of Appeals,
Ninth Circuit.

Submitted April 9, 2001.*

Decided April 18, 2001.

Before CANBY, KOZINSKI, and
RYMER, Circuit Judges.

MEMORANDUM **

Kirk E. Gregory, a California state prisoner, appeals pro se the district court's dismissal of his complaint seeking declaratory relief. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo and affirm. *See Moore v. Brewster,* 96 F.3d 1240, 1245 (9th Cir.1996).

We deny all pending motions.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Gregory's request for oral argument.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

